# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

**1202 Borden Rd., # 110**
**Escondido, CA 92026**

SEARCH WARRANT

07 OCT 30 AM 11: 39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CASE NUMBER: '07 MJ 2547

TO: ATF Special Agent Matthew W. Beals and any Authorized Officer of the United States

Affidavit having been made before me by Matthew W. Beals, who has reason to believe that on the premises known as:

**1202 Borden Rd., # 110**
**Escondido, CA 92026**

[as more fully described in ATTACHMENT A]

in the Southern District of California there is now concealed a certain property, namely :

SEE ATTACHMENT B

The application and affidavit in support of this search warrant, although not attached, are specifically incorporated herein by reference. I am satisfied that the affidavit establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before 11/8/07
Date

(not to exceed 10 days) the place named above for the property specified, serving this warrant and making the search in the daytime-6:00 a.m. to 10:00 p.m., and if the property be found there to seize same, leaving a copy of this warrant, attachments, and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to _____ LOUISA S. PORTER _____ as required by law.
U.S. MAGISTRATE JUDGE

10/29, 2007, at 3:15 AM at San Diego, California;

_____, U. S. Magistrate Judge.

Signature of Judicial Officer
LOUISA S. PORTER
U.S. MAGISTRATE JUDGE

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10/29/07 | 10/29/07  5:40 PM | Javier Guillen |

INVENTORY MADE IN THE PRESENCE OF

S/A Scott Wakelin

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

NO PROPERTY TAKEN

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

_[signature]_
U.S. Judge or Magistrate

_[signature]_   Date 10/30/07